■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADAM S. KLEIN, Petitioner, v E. W. JONES, as Superintendent of the Great Meadow Correctional Facility, et al., Respondents.—

Mahoney, P. J., Mikoll, Yesawich, Jr., Levine and Harvey, JJ., concur.